

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00699-CR

Kenneth John **GRABOWSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2572
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgement of the trial court is AFFIRMED.

SIGNED November 2, 2016.

_____
Jason Pulliam, Justice